# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137900 & (17)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137900
COA: 288199
Bay CC: 07-010616-FH

JONATHAN BOYLE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to hold the application in abeyance is DENIED. The application for leave to appeal the November 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420